# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMEIRCA<br>Plaintiff(s)<br>vs.<br>DERRICK DARRYL TRAWICK<br>Defendant(s) | HEARING MINUTES  Sealed: No<br>Case No.: 2:21-cr-01016-CJW-MAR-1<br>Presiding Judge: Hon. C.J. Williams<br>Deputy Clerk: Brian Keogh<br>Official Court Record: Patrice Murray  Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 1/25/2022 | Start: | 8:00am | Adjourn: | 2:11pm | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | 8:11-8:32am; 10:20-10:40am; 12:15-12pm | | | Time in Chambers: | -- | Telephonic? | -- |
| Appearances: | Plaintiff(s): | AUSAs Dan Chatham and Jason Norwood | | | | | |
| | Defendant(s): | Leon F. Spies (defendant appearing personally) | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | | Language: | | Certified: | Phone: |

| TYPE OF PROCEEDING: | TRIAL | X | Jury | | Non-jury | Day: | 2 |
|---|---|---|---|---|---|---|---|
| | | | Contested? | Yes | Continued from a previous date? | | Yes |

| Motion(s): | | Ruling: | |
|---|---|---|---|

| Time: | Event: |
|---|---|
| 8:00-8:11am | Discussion held outside the presence of the jury. Defendant's objection to transcript (admitted as Court Ex. 1) overruled. Recess. |
| 8:32-8:47am | Jury enters. Mr. Chatham calls Jeff Breitbach. Direct: 8:33-8:42am. Cross: 8:42-8:45am. Redirect: 8:46-8:47am. Recross: 8:47-8:47am. Mr. Breitbach excused. |
| 8:47-9:30am | Mr. Chatham calls Jason Schaff. Direct: 8:48-9:19am. Cross: 9:19-9:27am. Redirect: 9:28-9:30am. Mr. Schaff excused. |
| 9:30-10:20am | Mr. Chatham calls Christopher Meyer. Direct: 9:31-10:19am. Jury excused for break. Recess. |
| 10:40-10:58am | Jury enters. Cross: 10:40-10:54am. Redirect: 10:54-10:57am. Recross: 10:57-10:57am. Mr. Meyer excused. |
| 10:58-11:58am | Mr. Chatham calls Dr. Joshua Pruitt. Direct: 10:59-11:42am. Cross: 11:42-11:53am. Redirect: 11:54-11:57am. Recross: 11:57-11:58am. Dr. Pruitt excused. |
| 11:58am-12:14pm | Mr. Norwood calls Dan Kearney. Direct: 11:59am-12:12pm. Cross: 12:12-12:14pm. Redirect: 12:14-12:14pm. |
| 12:14-12:18pm | Jury excused for break. Discussion held outside the presence of the jury. Recess. |
| 12:35-1:15pm- | Jury enters. Mr. Norwood calls David Haupert. Direct: 12:36-1:12pm. Cross: 1:12-1:15pm. Mr. Haupert excused. |
| 1:15-2:08pm | Mr. Norwood calls Adam Williams. Direct 1:15-2:03pm. Jury instructed to disregard testimony regarding government exhibit 104 at 1:40pm. Cross: 2:03-2:07pm. Redirect: 2:07-2:08pm. Mr. Williams excused. |
| 2:08-2:11 | Jury excused for the day. Parties to meet at 8:00am tomorrow. |
| **Witness/Exhibit List is** | To be filed at the conclusion of trial. |
| **Miscellaneous:** | Trial to resume tomorrow at 8:30am. |